**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR92** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **OSCAR ALAVEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 136 be stricken from the record for the following reason:

- Duplicate of Document Number 135.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 136 from the record.

DATED this 16th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge